# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-3834

_____

SENATOR RAY RODRIGUES,
SENATOR AARON BEAN, SENATOR
JENNIFER BRADLEY, SPEAKER
CHRIS SPROWLS,
REPRESENTATIVE THOMAS LEEK,
REPRESENTATIVE TYLER SIROIS,
MATHEW BAHL, LEDA KELLY, et
al.,

      Appellants,

      v.

BLACK VOTERS MATTER
CAPACITY BUILDING INSTITUTE,
INC., et al.,

      Appellees.

_____

On appeal from the Circuit Court for Leon County.
J. Lee Marsh, Judge.

February 10, 2025

PER CURIAM.

DISMISSED.

B.L. THOMAS, KELSEY, and M.K. THOMAS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Daniel E. Nordby, George N. Meros, Jr., Tara R. Price, and Denise M. Harle of Shutts & Bowen LLP, Tallahassee, for Appellants Senator Ray Rodrigues, Senator Aaron Bean, Senator Jennifer Bradley, Jay Ferrin and Thomas Justin Eichermuller.

Andy Bardos of GrayRobinson, P.A., Tallahassee, for Appellants Speaker Chris Sprowls, Representative Thomas Leek, Representative Tyler Sirois, Mathew Bahl, Leda Kelly and Jason Poreda.

Frederick S. Wermuth, Thomas A. Zehnder, and Quinn B. Ritter of King, Blackwell, Zehnder & Wermuth, P.A., Orlando; and Abha Khanna of Elias Law Group LLP, Seattle, Washington; and Jyoti Jasrasaria and Julie Zuckerbord of Elias Law Group LLP, Washington, D.C., for Appellees.